**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6766**

---

DAVID A. DAVIS,

Plaintiff - Appellant,

versus

HERBERT NUSBAUM, Officer, Commanding Officer
II; RALPH BRADLE, Officer, Commanding Officer
II, PAUL SHELTON, Officer, Commanding Officer
II; M. KAETZEL, Officer, Commanding Officer
II; BRIAN W. CUSTER, Officer, Commanding Of-
ficer I; JOSEPH P. SACCTEH, Warden; DONALD
HORNING, Warden; RODERICK R. SOWERS, Chief,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
98-3777-S)

---

Submitted: September 9, 1999       Decided: September 15, 1999

---

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David A. Davis, Appellant Pro Se. Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David A. Davis appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Davis v. Nusbaum</u>, No. CA-98-3777-S (D. Md. May 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>